THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ANTONIO CRAWFORD | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIV-20-217-R |
| | ) | |
| FNU LNU, Warden of Federal Transfer Center | ) ) ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Mr. Crawford, appearing *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on March 10, 2020. Doc. No. 1. In accordance with 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to United States Magistrate Suzanne Mitchell for preliminary review. On May 1, 2020, Judge Mitchell issued a Report and Recommendation wherein she recommends Petitioner's action be dismissed. Doc. No. 6. The record reflects that Mr. Crawford has not objected to the Report and Recommendation within the time limits prescribed therein nor has he sought an extension of time in which to respond. Accordingly, the Report and Recommendation is hereby ADOPTED IN ITS ENTIRETY. Mr. Crawford's Petition for Writ of Habeas Corpus is dismissed.

**IT IS SO ORDERED** this 2nd day of June 2020.

*David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE